NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAY J. PIERCE,                                          )
                                                       )
                Appellant,                             )
                                                       )
v.                                                     )        Case No. 2D18-4186
                                                       )
U.S. BANK NATIONAL ASSOCIATION,                        )
AS TRUSTEE FOR THE                                     )
STRUCTURED ASSET MORTGAGE                              )
INVESTMENTS II INC., HOMEBANK                          )
MORTGAGE TRUST 2004-2,                                 )
MORTGAGE-BACKED NOTES,                                 )
SERIES 2004-2,                                         )
                                                       )
                Appellee.                              )
_____               )


Opinion filed November 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia J. Newton, Judge.

Jay J. Pierce, pro se.

Allison Morat of Bitman O'Brien &
Morat PLLC, Lake Mary, for Appellee.


PER CURIAM.



                Affirmed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.